NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Marisa C. Livesay (223247)
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Tel: 619/239-4599; Fax:619/234-4599

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Cheryl Gaston, Individually and on Behalf of All Others Similarly Situated, | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | |
| FabFitFun, Inc. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Cheryl Gaston_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Cheryl Gaston | Plaintiff |
| FabFitFun, Inc. | Defendant |

10/16/2020
Date

/s/ Marisa C. Livesay
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Cheryl Gaston

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**