COOLEY LLP
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   (415) 693 2000
Facsimile:   (415) 693 2222

TRAVIS LEBLANC (194463)
(tleblanc@cooley.com)
CHARLES A. WOOD (310702)
(cwood@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:   (202) 842 7800
Facsimile:   (202) 842 7899

Attorneys for Defendant
FabFitFun, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GASTON, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>FABFITFUN, INC.<br><br>          Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>**DEFENDANT FABFITFUN, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (CIV. L.R. 7.1-1)**<br><br>Trial Date:     None Set<br><br>Action Filed:  October 16, 2020 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATION AND NOTICE OF
INTERESTED PARTIES
CASE NO. 2:20-CV-09534-RGK-E

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for Defendant FabFitFun, Inc. ("Defendant") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION / INTEREST |
|---|---|
| Cheryl Gaston | Plaintiff |
| FabFitFun, Inc. | Defendant |
| Federal Insurance Co. (Chubb Group of Insurance Cos.) | Defendant's insurance carrier |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned further certifies that Defendant has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: November 30, 2020

COOLEY LLP
KATHLEEN HARTNETT (314267)
TRAVIS LEBLANC (251097)
CHARLES A. WOOD (310702)
JOSEPH D. MORNIN (307766)


By:/s/ *Charles Wood*
Charles A. Wood

Attorneys for Defendant
FabFitFun, Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CERTIFICATION AND NOTICE OF
INTERESTED PARTIES
CASE NO. 2:20-CV-09534-RGK-E