COOLEY LLP
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693 2000
Facsimile: (415) 693 2222

TRAVIS LEBLANC (194463)
(tleblanc@cooley.com)
CHARLES A. WOOD (310702)
(cwood@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842 7800
Facsimile: (202) 842 7899

Attorneys for Defendant
FabFitFun, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GASTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FABFITFUN, INC.<br><br>Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: October 21, 2020<br>Current response date: December 21, 2020<br>New response date: January 20, 2021<br><br>Trial Date: None set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT (L.R. 8-3)
CASE NO. 2:20-CV-09534-RGK-E

This Stipulation is entered into by and between Cheryl Gaston ("Plaintiff") and FabFitFun, Inc. ("Defendant" or "FabFitFun") (collectively "the Parties"), by and through their respective counsel:

WHEREAS, Plaintiff filed the initial complaint (the "Complaint") in the above-entitled action on October 16, 2020 (Dkt. No. 1);

WHEREAS, Plaintiff requested that FabFitFun waive service of summons in this action by email on October 21, 2020 (Declaration of Kathleen Hartnett ("Hartnett Decl.") ¶ 4);

WHEREAS, FabFitFun executed the Waiver of Service of Summons on October 22, 2020 (Hartnett Decl. ¶ 5);

WHEREAS, Plaintiff filed the executed Waiver of Service of Summons on October 23, 2020 (Dkt. No. 9);

WHEREAS, Defendant's deadline to respond to the complaint is 60-days from the date on the Waiver of Service of Summons, December 21, 2020 (Dkt. No. 9);

WHEREAS, under Civil Local Rule 8-3 parties may stipulate in writing, without a court order, to extend the time within which to respond to an initial complaint, if the stipulation does not extend the time by more than thirty days;

WHEREAS, the Parties agreed to extend the time for Defendant to respond to the Complaint for 30 days, until January 20, 2021 (Hartnett Decl. ¶ 7);

NOW, THEREFORE, pursuant to Civil Local Rule 8-3, the Parties hereby stipulate and agree that Defendant's deadline to respond to the Complaint in this action will be January 20, 2021.

IT IS SO STIPULATED.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT (L.R. 8-3)
CASE NO. 2:20-CV-09534-RGK-E

| | | |
|---|---|---|
| 1 | Dated: December 7, 2020 | **COOLEY LLP** |
| 2 | | KATHLEEN HARTNETT (314267) |
| | | TRAVIS LEBLANC (251097) |
| 3 | | CHARLES A. WOOD (310702) |
| | | JOSEPH D. MORNIN (307766) |

By: /s/ *Kathleen Hartnett*
    Kathleen Hartnett

Attorneys for Defendant
FabFitFun, Inc.

Dated: December 7, 2020

**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
MARISA C. LIVESAY (223247)
BRITTANY N. DEJONG (258766)

**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
M. ANDERSON BERRY (262879)
LESLIE GUILLON (222400)

By: /s/ *Rachele R. Byrd*
    Rachele R. Byrd

Attorneys for Plaintiff Cheryl Gaston

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT (L.R. 8-3)
CASE NO. 2:20-CV-09534-RGK-E

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Kathleen Hartnett, attest that concurrence in this document's content and the filing of this document has been obtained from the other signatory. Executed on December 7, 2020, in Oakland, California.

*/s/ Kathleen Hartnett*
Kathleen Hartnett

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT (L.R. 8-3)
CASE NO. 2:20-CV-09534-RGK-E