BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

M. ANDERSON BERRY (262879)
aberry@justice4you.com
LESLIE GUILLON (222400)
lguillon@justice4you.com
**CLAYEO C. ARNOLD,
  A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

*Attorneys for Plaintiff*

[Additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GASTON, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>FABFITFUN, INC.<br><br>                    Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>*[PROPOSED] ORDER SUBMITTED HEREWITH*<br><br><br>Trial Date:  None set |

E

1   Cheryl Gaston ("Plaintiff") and FabFitFun, Inc. ("Defendant" or
2   "FabFitFun") (collectively "the Parties"), by and through their respective counsel,
3   hereby stipulate and agree to extend the date for filing Plaintiff's Motion for Class
4   Certification from January 21, 2021 to April 20, 2021, which is 90 days after
5   FabFitFun's January 20, 2021 deadline to respond to the Complaint.

6   WHEREAS, Plaintiff filed the initial complaint (the "Complaint") in the
7   above-entitled action on October 16, 2020 (ECF No. 1);

8   WHEREAS, Plaintiff requested that FabFitFun waive service of summons by
9   email on October 21, 2020 (Declaration of Rachele R. Byrd ("Byrd Decl."), ¶ 4);

10   WHEREAS, Defendant executed the Waiver of Service of Summons on
11   October 21, 2020, and Plaintiff filed the Waiver on October 23, 2020 (ECF No. 9;
12   Byrd Decl., ¶¶ 4, 5);

13   WHEREAS, the Parties stipulated to extend the time for Defendant to
14   respond to the Complaint until January 20, 2021 (Byrd Decl., ¶ 6);

15   WHEREAS, the Court has not yet issued an Order setting an Initial Case
16   Management Conference, and thus pursuant to Fed. R. Civ. P. 16(b)(2) and
17   26(f)(1), the parties have not yet conferred or submitted a report pursuant to Rule
18   26 (*id*., ¶ 7);

19   WHEREAS, Hon. District Judge Gary Klausner's Standing Order Regarding
20   Newly Assigned Cases (ECF No. 8) requires that motions for class certification be
21   filed no later than 90 days from the date the Complaint was served;

22   WHEREAS, the current deadline to respond to the Complaint (January 20,
23   2021) is one day before the current deadline for Plaintiff to file the motion for class
24   certification (January 21, 2021);

25   WHEREAS, Plaintiff has indicated that she may require additional time to
26   conduct targeted, pre-certification discovery relevant to class certification in
27   preparation for class certification briefing (*id*., ¶ 10);

28   WHEREAS the Parties do not waive objections to any or all pre-certification

discovery requests;

WHEREAS, FabFitFun has indicated that it expects to file a motion to compel arbitration and dismiss the Complaint, rendering it most efficient to have the class certification deadline postdate the motion to dismiss briefing (*id*., ¶ 11);

WHEREAS, to promote judicial economy, the Parties request that the Court extend the deadline for filing Plaintiff's Motion for Class Certification to April 20, 2021, which is 90 days after Defendant FabFitFun, Inc.'s deadline to respond to the Complaint;

WHEREAS, the Parties have not previously requested the relief herein requested (*id*., ¶ 13); and

WHEREAS, the requested proposed schedule is not being sought for any improper purpose and will not disrupt any deadline other than those at issue in this stipulation. To the contrary, the requested extension will conserve the resources of the Court and the Parties (*id*., ¶ 14).

## **STIPULATION**

IT IS HEREBY STIPULATED, by and between the Parties, through their respective attorneys of record, as follows:

1.      The deadline for Plaintiff to file her Motion for Class Certification shall be, subject to Court approval, extended from January 21, 2021 to April 20, 2021.

IT IS SO STIPULATED.

Dated:  December 18, 2020

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
MARISA C. LIVESAY (223247)
BRITTANY N. DEJONG (258766)

**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
M. ANDERSON BERRY (262879)
LESLIE GUILLON (222400)


By: */s/ Rachele R. Byrd*
  Rachele R. Byrd

Attorneys for Plaintiff Cheryl Gaston

Dated:  December 18, 2020

**COOLEY LLP**
KATHLEEN HARTNETT (314267)
TRAVIS LEBLANC (251097)
CHARLES A. WOOD (310702)
JOSEPH D. MORNIN (307766)


By:*/s/ Kathleen Hartnett*
  Kathleen Hartnett

Attorneys for Defendant
FabFitFun, Inc.


### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

I, Rachele R. Byrd, attest that concurrence in this document's content and the filing of this document has been obtained from the other signatory.  Executed on December 18, 2020, in San Diego, California.


*/s/ Rachele R. Byrd*
RACHELE R. BYRD