**DENIED BY THE COURT**
No good cause shown.
By: /s/ Gary Klausner
Hon. R. Gary Klausner
Dated: December 21, 2020

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GASTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FABFITFUN, INC.<br><br>Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>[PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION [16]<br><br>Trial Date: None set |

Having considered the Parties' Stipulation and [Proposed] Order to Extend the Deadline to File Motion for Class Certification, and finding good cause for the relief sought,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The deadline for Plaintiff to file her Motion for Class Certification is hereby extended from January 21, 2021 to April 20, 2021.

IT IS SO ORDERED.

DATED: _____, 2020

DENIED BY THE COURT
_____
The Honorable R. Gary Klausner
United States District Court Judge