COOLEY LLP
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693 2000
Facsimile: (415) 693 2222

TRAVIS LEBLANC (194463)
(tleblanc@cooley.com)
CHARLES A. WOOD (310702)
(cwood@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842 7800
Facsimile: (202) 842 7899

Attorneys for Defendant
FabFitFun, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GASTON, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>FABFITFUN, INC.<br><br>  Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>**DECLARATION OF CHRISTOPHER HENLEY IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY, OR, ALTERNATIVELY, TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hearing Date: Monday, Feb. 22, 2021<br>Hearing Time: 9:00 a.m.<br>Judge: Honorable R. Gary Klausner |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Christopher Henley, declare as follows:

1. I am currently employed at FabFitFun, Inc. ("FabFitFun"). I have personal knowledge of the facts set forth herein and if called and sworn as a witness, I could and would competently testify thereto.

2. I am the Senior Vice President of Technology for FabFitFun. I have worked at FabFitFun since November 2017. I have been in my current role since June 2020.

3. While employed at FabFitFun, I have gained knowledge regarding FabFitFun's website, FabFitFun.com ("Website"), including the Terms of Use and Sale of the Website and the method in which customers are presented and consent to the Terms of Use and Sale.

4. FabFitFun's Terms of Use and Sale are available on the Website and are linked at the bottom of every page of its Website.

5. In order to initiate a new subscription by signing up on FabFitFun's Website, customers (including Plaintiff Cheryl Gaston, when she signed up in May 2020) must click a peach-colored button containing the text "ORDER THE BOX." The text above this button states "By clicking 'Order the Box' you are agreeing to our Terms of Use and Sale and FabFitFun Membership Terms." Customers cannot sign up for a new subscription on FabFitFun's Website without clicking "ORDER THE BOX."

6. The phrases "Terms of Use and Sale" and "FabFitFun Membership Terms" appear in a darker, underlined font above the "ORDER THE BOX" button, indicating that they are each a clickable link, and contrasting with the surrounding material, including the other text in the sentence containing those phrases. The "Terms of Use and Sale" link on the FabFitFun Website takes users to the "Terms of Use and Sale."

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

HENLEY DECL. ISO DEFENDANT FABFITFUN'S
MTC ARB., OR, ALTERNATIVELY, TO DISMISS
CASE NO.: 2:20-CV-09534-RGK-E

7. Attached as Exhibit A is a true and accurate representation of the appearance of the FabFitFun Website purchase page during May 2020 (other than that the reference would have been to a Summer Box, not a Winter Box).

8. Attached as Exhibit B is a true and correct copy of FabFitFun's Terms of Use and Sale that was effective during May 2020. These terms governed all FabFitFun Website transactions in May 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of January, 2021, in Los Angeles, California.

Christopher Henley

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

HENLEY DECL. ISO DEFENDANT FABFITFUN'S
MTC ARB., OR, ALTERNATIVELY, TO DISMISS
CASE NO.: 2:20-CV-09534-RGK-E