COOLEY LLP
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   (415) 693 2000
Facsimile:   (415) 693 2222

TRAVIS LEBLANC (194463) (tleblanc@cooley.com)
CHARLES A. WOOD (310702)
(cwood@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:   (202) 842 7800
Facsimile:   (202) 842 7899

Attorneys for Defendant
FabFitFun, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL GASTON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FABFITFUN, INC.,<br><br>　　　　　　Defendant. | Case No.  2:20-cv-09534-RGK-E<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FABFITFUN, INC.'S MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY THE PROCEEDINGS, OR, ALTERNATIVELY, TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hearing Date: February 22, 2021<br>Hearing Time: 9:00 a.m.<br>Judge: Honorable R. Gary Klausner |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEF.'S MTC
ARBITRATION, OR, ALTERNATIVELY TO DISMISS
CASE NO.: 2:20-cv-09534-RGK-E

This matter came before the Court on the Motion to Compel Arbitration and to Dismiss or Stay the Proceedings, or, Alternatively, to Dismiss Plaintiff's Complaint by Defendant FabFitFun, Inc. The Court, having considered the motion, Plaintiffs' opposition, and Defendant's reply, HEREBY ORDERS that the Defendant's Motion to Compel Arbitration and to Dismiss the Proceedings, is GRANTED. The Court finds: the Federal Arbitration Act applies to the instant controversy; the operative agreement between the Plaintiff and the Defendant contains arbitration provisions; and these arbitration provisions are valid, irrevocable, and enforceable. 9 U.S.C. § 2.  Plaintiff is ordered to arbitrate her claims against Defendant on an individualized basis pursuant to the terms of their agreement, and the Court dismisses the Complaint. [Alternatively: Plaintiff is ordered to arbitrate her claims against Defendant on an individualized basis pursuant to the terms of their agreement, and the Court stays the proceedings.]

[Alternatively:  The Court dismisses the Complaint under Federal Rule of Civil Procedure 12(b)(1) or 12(b)(6), for lack of standing, and for failure to state a claim upon which relief may be granted.  Dismissal is with prejudice as amendment would be futile.]

**IT IS SO ORDERED.**

Dated: _____          _____
                                 The Honorable R. Gary Klausner
                                 United States District Court Judge