BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

M. ANDERSON BERRY (262879)
aberry@justice4you.com
LESLIE GUILLON (222400)
lguillon@justice4you.com
**CLAYEO C. ARNOLD,**
  **A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

*Attorneys for Plaintiff*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GASTON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FABFITFUN, INC.<br><br>　　　　Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE THAT:

On January 12, 2021, after exchanging mediation briefs and informal discovery, the parties attended an all-day mediation with JAMS mediator Martin Quinn, Esq. On that date, the parties reached a class action settlement in principle, which was memorialized by Mr. Quinn on January 13, 2021.

Since the mediation on January 12, 2021, the parties have focused their efforts on expeditiously preparing the Settlement Agreement, the Motion for Preliminary Approval, and the supporting materials for that filing. The parties anticipate filing the Motion for Preliminary Approval on or before February 1, 2021.

Respectfully submitted,

Dated: January 26, 2021

**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
MARISA C. LIVESAY (223247)
BRITTANY N. DEJONG (258766)

**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
M. ANDERSON BERRY (262879)
LESLIE GUILLON (222400)

By: */s/ Rachele R. Byrd*
     Rachele R. Byrd

Attorneys for Plaintiff Cheryl Gaston

- 1 -

| | | |
|---|---|---|
| 1 | Dated: January 26, 2021 | **COOLEY LLP**<br>KATHLEEN HARTNETT (314267)<br>TRAVIS LEBLANC (251097)<br>CHARLES A. WOOD (310702)<br>JOSEPH D. MORNIN (307766) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | By: */s/ Kathleen Hartnett*<br>     Kathleen Hartnett |
| 7 | | Attorneys for Defendant<br>FabFitFun, Inc. |
| 8 | | |

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Rachele R. Byrd, attest that concurrence in this document's content and the filing of this document has been obtained from the other signatory. Executed on January 26, 2021, in San Diego, California.

*/s/ Rachele R. Byrd*
RACHELE R. BYRD