BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

M. ANDERSON BERRY (262879)
aberry@justice4you.com
LESLIE GUILLON (222400)
lguillon@justice4you.com
**CLAYEO C. ARNOLD,
  A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

*Attorneys for Plaintiff*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GASTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FABFITFUN, INC.<br><br>Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY OR EXTEND DEADLINES PENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>*[PROPOSED] ORDER AND DECLARATION OF RACHELE R. BYRD SUBMITTED HEREWITH* |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

1. This case is a putative class action brought by Cheryl Gaston ("Plaintiff") against FabFitFun, Inc. ("Defendant" or "FabFitFun") about a data breach of Defendant's ecommerce website that occurred from April 26, 2020 to May 14, 2020 and May 22, 2020 to August 3, 2020 (the "Data Breach"). Plaintiff alleges, on behalf of herself and similarly situated FabFitFun customers, that Defendant was negligent in failing to secure her and the putative class' personally identifying information ("PII"), including names, email addresses, account passwords, shipping and billing addresses, payment card account numbers, card expiration dates, and card verification codes. Plaintiff brings claims against Defendant for (1) negligence, (2) a declaratory judgment, and (3) violations of the Colorado Consumer Protection Act, Colo. Rev. Stat. § 6-1-101, *et seq.*, and seeks, among other things, injunctive relief and damages. FabFitFun denies all claims and any wrongdoing in relation to the Data Breach.

2. Plaintiff Cheryl Gaston filed the complaint on October 16, 2020 (ECF No. 1).

3. Plaintiff requested that FabFitFun waive service of summons by email on October 21, 2020; Defendant executed the Waiver of Service of Summons on October 21, 2020; then Plaintiff filed the Waiver on October 23, 2020.

4. On December 7, 2020, the Parties stipulated to extend the time for Defendant to respond to the Complaint to January 20, 2021 (ECF No. 15).

5. The parties held their Rule 26 conference on December 31, 2020, and filed their report pursuant to Rule 26 on January 14, 2021 (ECF No. 20). On January 22, 2021, the Court set a Scheduling Conference for May 10, 2021 at 9:00 a.m. (ECF No. 22).

6. On December 24, 2020, Plaintiff Gaston served Defendant, by Federal Express, next business day delivery, with discovery, including: (1) Requests for

Production of Documents; (2) Interrogatories; (3) Requests for Admissions; (4) and a notice by Plaintiff Gaston to take Defendant's deposition pursuant to Fed. R. Civ. P. 30(b)(6).

7. On December 18, 2020, the parties requested by stipulation a 90-day extension of the class certification deadline, and the Court denied the stipulation on December 21, 2020 (ECF Nos. 16-17).

8. On January 8, 2021, the parties requested by stipulation that the Court extend Plaintiff's deadline to file a motion for class certification from January 21, 2021 to March 8, 2021, in light of the need to complete class certification discovery and the fact that the parties scheduled a mediation with JAMS mediator Martin Quinn, Esq. for January 12, 2021 (ECF No. 18).

9. On January 11, 2021, the Court granted the parties' stipulation in part, extending Plaintiff's deadline to file a motion for class certification from January 21, 2021 to February 22, 2021 (ECF No. 19).

10. On January 12, 2021, after exchanging mediation briefs and informal discovery, the parties attended an all-day mediation with JAMS mediator Martin Quinn, Esq. On that date, the parties reached a class action settlement in principle, which was memorialized by Mr. Quinn on January 13, 2021. (Declaration of Rachele R. Byrd, ¶ 11.)

11. Since the mediation on January 12, 2021, the parties have focused their efforts on expeditiously preparing the Settlement Agreement, the Motion for Preliminary Approval, and the supporting materials for that filing. The parties anticipate filing the Motion for Preliminary Approval on or before February 1, 2021 and will suggest a Preliminary Approval Hearing date of March 1, 2021 and a Final Approval Hearing date of May 23, 2021.

12. On January 26, 2021, pursuant to Civil Local Rule 16-15.7, the parties notified the Court, with an email to Judge Klausner's Courtroom Deputy, that they have reached a settlement in principle.

13. Given the settlement reached by the parties, and the parties' related efforts to expeditiously prepare the Motion for Preliminary Approval and supporting materials, Plaintiff has agreed to adjourn the noticed 30(b)(6) deposition and Defendant's discovery response deadlines, although Defendant intends to produce additional confirmatory discovery to Plaintiff with respect to settlement prior to February 1, 2021.

14. On January 20, 2021, Defendant filed a Motion to Compel Arbitration and to Dismiss or Stay the Proceedings (ECF No. 21), with a hearing date of February 22, 2021, and an opposition due date of February 1, 2021. Given the settlement the parties have reached and that Defendant's motion will be moot if the Court approves the settlement, enters judgment and dismisses the action, the parties agree that the current briefing and hearing deadlines, including those for this Motion, should be stayed or extended as requested below.

15. Considering the settlement reached by the parties, they, through their counsel of record, STIPULATE TO AND RESPECTFULLY REQUEST that the Court stay the action, except for Plaintiff's motions for preliminary and final approval of the settlement and any deadlines connected thereto, or, alternatively: (1) continue the remaining briefing deadlines and hearing on Defendant's Motion to Compel Arbitration and to Dismiss or Stay the Proceedings to a date beyond the anticipated date for the Final Approval Hearing in May, 2021; and (2) extend Plaintiffs' deadline to file a motion for class certification from February 22, 2021 to a date beyond the anticipated date for the Final Approval Hearing in May, 2021.

| | |
|---|---|
| Dated:  January 26, 2021 | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>BETSY C. MANIFOLD (182450)<br>RACHELE R. BYRD (190634)<br>MARISA C. LIVESAY (223247)<br>BRITTANY N. DEJONG (258766)<br><br>**CLAYEO C. ARNOLD,<br>A PROFESSIONAL LAW CORP.**<br>M. ANDERSON BERRY (262879)<br>LESLIE GUILLON (222400)<br><br>By: */s/ Rachele R. Byrd*<br>     Rachele R. Byrd<br><br>Attorneys for Plaintiff Cheryl Gaston |
| Dated:  January 26, 2021 | **COOLEY LLP**<br>KATHLEEN HARTNETT (314267)<br>TRAVIS LEBLANC (251097)<br>CHARLES A. WOOD (310702)<br>JOSEPH D. MORNIN (307766)<br><br>By: */s/ Kathleen Hartnett*<br>     Kathleen Hartnett<br><br>Attorneys for Defendant<br>FabFitFun, Inc. |

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Rachele R. Byrd, attest that concurrence in this document's content and the filing of this document has been obtained from the other signatory.  Executed on January 26, 2021, in San Diego, California.

*/s/ Rachele R. Byrd*
RACHELE R. BYRD