# DENIED
## BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL GASTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FABFITFUN, INC.<br><br>Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY OR EXTEND DEADLINES PENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

1  ~~Having considered the Parties' Stipulation and [Proposed] Order to Stay or~~
2  ~~Extend Deadlines Pending Final Approval of Class Action Settlement and the~~
3  ~~Declaration of Rachele R. Byrd filed in support thereof, and finding good cause for~~
4  ~~the relief sought,~~

5  ~~IT IS HEREBY ORDERED that this action is stayed, except for Plaintiff's~~
6  ~~motions for preliminary and final approval of the settlement and any deadlines~~
7  ~~connected thereto.~~

8  ~~[OR, alternatively:~~
9  ~~(1) the remaining briefing deadlines and hearing on Defendant's Motion to~~
10 ~~Compel Arbitration and to Dismiss or Stay the Proceedings are continued from~~
11 ~~February 22, 2021 to [a date beyond the anticipated date for the Final Approval~~
12 ~~Hearing in May, 2021] _____, 2021; and~~

13 ~~(2) Plaintiffs' deadline to file a motion for class certification is extended from~~
14 ~~February 22, 2021 to [a date beyond the anticipated date for the Final Approval~~
15 ~~Hearing in May, 2021] _____, 2021.]~~

16 The Stipulation is DENIED.
17 IT IS SO ORDERED.
18 DATED: January 27, 2021

*/s/ Gary Klausner*
The Honorable R. Gary Klausner
United States District Court Judge

1

26985