COOLEY LLP
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   (415) 693 2000
Facsimile:   (415) 693 2222

TRAVIS LEBLANC (194463)
(tleblanc@cooley.com)
CHARLES A. WOOD (310702)
(cwood@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:   (202) 842 7800
Facsimile:   (202) 842 7899

Attorneys for Defendant
FabFitFun, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL GASTON and RENATE GARRISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FABFITFUN, INC.<br><br>Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>**DEFENDANT FABFITFUN, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY THE PROCEEDINGS, OR, ALTERNATIVELY, TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hearing Date: April 19, 2021<br>Hearing Time: 9:00 a.m.<br>Judge: Honorable R. Gary Klausner |

### NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that on Monday, April 19, 2021, at 9:00 a.m., or as soon thereafter as the motion may be heard in Courtroom 850, 8th Floor of the Roybal Federal Building and U.S. Courthouse, located at 255 East Temple Street, Los Angeles, CA 90012, Defendant FabFitFun, Inc. ("FabFitFun" or "Defendant") will and hereby does move the Court, pursuant to 9 U.S.C. § 206 and Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for an order to compel Plaintiffs Cheryl Gaston and Renate Garrison ("Plaintiffs") to arbitrate their claims against FabFitFun and dismiss or stay the proceedings pending the conclusion of that arbitration. Alternatively, FabFitFun moves the Court to dismiss the First Amended Class Action Complaint filed on January 21, 2021 (ECF No. 27) ("FAC") for lack of standing pursuant to Rule 12(b)(1) and for failure to state a claim pursuant to Rule 12(b)(6). This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Christopher Henley ("Henley Decl."), the pleadings on file in this matter, any oral argument of counsel, and such other materials and argument as the Court may consider.

### STATEMENT OF RELIEF SOUGHT

FabFitFun respectfully seeks an order to compel arbitration of Plaintiffs' claims and dismiss or stay these proceedings pending a decision by the arbitrator. Alternatively, FabFitFun seeks dismissal of the FAC with prejudice under Rule 12(b)(1) for lack of standing and Rule 12(b)(6) for failure to state a claim.

### STATEMENT OF ISSUES TO BE DECIDED

1. Should the Court compel arbitration of this dispute and dismiss or stay these proceedings in light of the contracts between each Plaintiff and FabFitFun requiring the arbitration of "any dispute that has arisen or may arise between [each Plaintiff and FabFitFun] relating in any way to your use of or access to [FabFitFun's] Services or Site. . . . or otherwise relating to FabFitFun in any way"?

2. If the Court declines to compel arbitration, should the FAC be dismissed pursuant to Rule 12(b)(1) for lack of Article III standing because Plaintiffs fail to plead injury-in-fact or the injury needed to sustain their causes of action?

3. If the Court declines to compel arbitration, should the FAC be dismissed for failing to state a claim upon which relief can be granted under Rule 12(b)(6)?

Dated: February 12, 2021

COOLEY LLP
KATHLEEN HARTNETT (314267)
TRAVIS LEBLANC (194463)
CHARLES A. WOOD (310702)
JOE MORNIN (307766)

*/s/ Kathleen Hartnett*
Attorneys for Defendant
FABFITFUN, INC.