| | |
|---|---|
| 1 | COOLEY LLP |
| | KATHLEEN HARTNETT (314267) |
| 2 | (khartnett@cooley.com) |
| | JOSEPH D. MORNIN (307766) |
| 3 | (jmornin@cooley.com) |
| | 101 California Street, 5th Floor |
| 4 | San Francisco, California 94111-5800 |
| | Telephone:   (415) 693 2000 |
| 5 | Facsimile:    (415) 693 2222 |
| 6 | TRAVIS LEBLANC (194463) (tleblanc@cooley.com) |
| | CHARLES A. WOOD (310702) |
| 7 | (cwood@cooley.com) |
| | 1299 Pennsylvania Avenue, NW, Suite 700 |
| 8 | Washington, DC 20004 |
| | Telephone:   (202) 842 7800 |
| 9 | Facsimile:    (202) 842 7899 |
| 10 | |
| 11 | Attorneys for Defendant |
| | FabFitFun, Inc. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL GASTON and RENATE GARRISON, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:20-cv-09534-RGK-E |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT FABFITFUN, INC.'S MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY THE PROCEEDINGS, OR, ALTERNATIVELY, TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| v. | |
| FABFITFUN, INC., | |
| Defendant. | |
| | Hearing Date: April 19, 2021 |
| | Hearing Time: 9:00 a.m. |
| | Judge: Honorable R. Gary Klausner |

This matter came before the Court on the Motion to Compel Arbitration and to Dismiss or Stay the Proceedings, or, Alternatively, to Dismiss Plaintiffs' First Amended Complaint by Defendant FabFitFun, Inc. The Court, having considered the motion, Plaintiffs' opposition, and Defendant's reply, HEREBY ORDERS that the Defendant's Motion to Compel Arbitration and to Dismiss the Proceedings is GRANTED. The Court finds: the Federal Arbitration Act applies to the instant controversy; the operative agreement between the Plaintiffs and the Defendant contains arbitration provisions; and these arbitration provisions are valid, irrevocable, and enforceable. 9 U.S.C. § 2. Plaintiffs are ordered to arbitrate their claims against Defendant on an individualized basis pursuant to the terms of their agreement, and the Court dismisses the First Amended Complaint. [Alternatively: Plaintiffs are ordered to arbitrate their claims against Defendant on an individualized basis pursuant to the terms of their agreement, and the Court stays the proceedings.]

[Alternatively: The Court dismisses the First Amended Complaint under Federal Rule of Civil Procedure 12(b)(1) or 12(b)(6), for lack of standing, and for failure to state a claim upon which relief may be granted. Dismissal is with prejudice as amendment would be futile.]

**IT IS SO ORDERED.**

Dated: _____      _____

The Honorable R. Gary Klausner
United States District Court Judge