BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

M. ANDERSON BERRY (262879)
aberry@justice4you.com
LESLIE GUILLON (222400)
lguillon@justice4you.com
**CLAYEO C. ARNOLD,
 A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

*Attorneys for Plaintiffs*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL GASTON and RENATE GARRISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FABFITFUN, INC.,<br><br>Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY OR EXTEND DEADLINES PENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>*[PROPOSED] ORDER AND DECLARATION OF M. ANDERSON BERRY SUBMITTED HEREWITH* |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

1. This case is a putative class action brought by Cheryl Gaston and Renate Garrison ("Plaintiffs") against FabFitFun, Inc. ("Defendant" or "FabFitFun") concerning a data breach of Defendant's ecommerce website that occurred from April 26, 2020 to May 14, 2020 and May 22, 2020 to August 3, 2020 (the "Data Breach"). Plaintiffs allege, on behalf of themselves and similarly situated FabFitFun customers, that Defendant was negligent in failing to secure their and the putative class' personally identifying information ("PII"), including names, email addresses, account passwords, shipping and billing addresses, payment card account numbers, card expiration dates, and card verification codes. Plaintiffs bring claims against Defendant for (1) negligence, (2) a declaratory judgment, (3) violations of the Colorado Consumer Protection Act, Colo. Rev. Stat. § 6-1-101, *et seq*.; (4) violations of the Colorado Security Breach Notification Act, Colo. Rev. Stat. § 6-1-716, *et seq*.; and (5) violations of the Oregon Unlawful Trade Practices Act, Or. Rev. Stat. § 646.605, *et seq*., and seek, among other things, injunctive relief and damages. FabFitFun denies all claims and any wrongdoing in relation to the Data Breach.

2. Plaintiff Cheryl Gaston filed the complaint on October 16, 2020 (ECF No. 1).

3. On December 24, 2020, Plaintiff Gaston served Defendant, by Federal Express, next business day delivery, with discovery, including: (1) Requests for Production of Documents; (2) Interrogatories; (3) Requests for Admissions; (4) and a notice by Plaintiff Gaston to take Defendant's deposition pursuant to Fed. R. Civ. P. 30(b)(6).

4. On December 18, 2020, the parties requested by stipulation a 90-day extension of the class certification deadline, and the Court denied the stipulation on December 21, 2020 (ECF Nos. 16-17).

5. On January 8, 2021, the parties requested by stipulation that the Court

extend Plaintiff's deadline to file a motion for class certification from January 21, 2021 to March 8, 2021, in light of the need to complete class certification discovery and the fact that the parties scheduled a mediation with JAMS mediator Martin Quinn, Esq. for January 12, 2021 (ECF No. 18). On January 11, 2021, the Court granted the parties' stipulation in part, extending Plaintiff's deadline to file a motion for class certification from January 21, 2021 to February 22, 2021 (ECF No. 19).

6. On January 12, 2021, after exchanging mediation briefs and informal discovery, the parties attended an all-day mediation with JAMS mediator Martin Quinn, Esq. On that date, the parties reached a class action settlement in principle, which was memorialized by Mr. Quinn on January 13, 2021.

7. On January 20, 2021, Defendant filed a Motion to Compel Arbitration and to Dismiss or Stay the Proceedings, or, Alternatively, to Dismiss Plaintiff's Complaint. ECF No. 21. On January 26, 2021, the parties filed a Stipulation and [Proposed] Order requesting a stay or extension of briefing and hearing deadlines given the settlement the parties reached. ECF No. 24. The Court denied the stipulation on January 27, 2021. ECF No. 26.

8. On January 29, 2021, Plaintiffs filed the First Amended Class Action Complaint ("FAC"). ECF No. 27.

9. On February 12, 2021, Defendant filed a Motion to Compel Arbitration and to Dismiss or Stay the Proceedings or, Alternatively, to Dismiss Plaintiffs' First Amended Complaint ("Motion to Compel Arbitration"). ECF No. 28. Plaintiffs filed their opposition to the motion on February 22, 2021, Defendant's reply is due March 1, 2021, and the hearing is scheduled for March 15, 2021.

10. Plaintiffs filed a Settlement Agreement and Release (ECF No. 31) (the "Settlement Agreement") and a Motion for Preliminary Approval of the Settlement (ECF No. 32) on February 19, 2021, and the hearing is scheduled for March 22, 2021. Plaintiffs' Motion for Preliminary Approval requests the Court set a hearing for final approval of the settlement at the Court's convenience at least 115 days after entry of

the order granting preliminary approval. *See* ECF No. 32-3 at ¶ 21.

11.  Plaintiffs filed their Motion for Class Certification on February 22, 2021 (ECF No. 34), Defendant's Opposition is due March 15, 2021, Plaintiffs' reply is due March 22, 2021, and the hearing is scheduled for April 5, 2021.

12.  The Settlement Agreement provides that it will survive any Court order issued prior to a ruling on Plaintiffs' Motion for Final Approval of the Settlement, including any order which has the effect of: (1) dismissing this action; (2) denying class certification; or (3) compelling arbitration of Plaintiffs' claims, although the Settlement Agreement's consummation remains subject to the conditions set forth therein, including Final Approval. *See* ECF No. 31, at ¶¶ 10.1, 10.3.

13.  Considering the executed and filed Settlement Agreement and the pending Motion for Preliminary Approval with a hearing date of March 22, 2021, the parties, through their counsel of record, STIPULATE TO AND RESPECTFULLY REQUEST that the Court stay or extend the deadlines associated with (1) Plaintiffs' Motion for Class Certification and (2) Defendant's Motion to Compel Arbitration to dates beyond the anticipated date for the Final Approval Hearing in mid-July, 2021.

Dated: February 25, 2021

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
MARISA C. LIVESAY (223247)
BRITTANY N. DEJONG (258766)

**CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORP.**
M. ANDERSON BERRY (262879)
LESLIE GUILLON (222400)

By: */s/ M. Anderson Berry*
     M. Anderson Berry

Attorneys for Plaintiffs Cheryl Gaston and Renate Garrison

- 3 -

| | |
|---|---|
| Dated: February 25, 2021 | **COOLEY LLP**<br>KATHLEEN HARTNETT (314267)<br>TRAVIS LEBLANC (251097)<br>CHARLES A. WOOD (310702)<br>JOSEPH D. MORNIN (307766)<br><br>By: */s/ Kathleen Hartnett*<br>     Kathleen Hartnett<br><br>Attorneys for Defendant<br>FabFitFun, Inc. |

### **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, M. Anderson Berry, attest that concurrence in this document's content and the filing of this document has been obtained from the other signatory. Executed on February 25, 2021, in Fair Oaks, California.

*/s/ M. Anderson Berry*
M. ANDERSON BERRY