# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-09534-RGK-E | Date | February 26, 2021 |
|---|---|---|---|
| Title | *Cheryl Gaston v. FabFitFun, Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order Re: Joint Stipulation to Stay Case Pending Final Approval of Class Action Settlement [DE 35]

Plaintiffs have filed an Unopposed Motion for Preliminary Approval of Class Action Settlement. (ECF No. 32). In light of this Motion, Defendant's Motion to Compel Arbitration, (ECF No. 28), and Plaintiffs' Motion to Certify Class, (ECF No. 34), are **DENIED without prejudice** as moot.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer