```
COOLEY LLP
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:  (415) 693 2000
Facsimile:  (415) 693 2222

TRAVIS LEBLANC (194463)
(tleblanc@cooley.com)
CHARLES A. WOOD (310702)
(cwood@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:  (202) 842 7800
Facsimile:  (202) 842 7899
```

*Attorneys for FabFitFun, Inc.*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL GASTON and RENATE GARRISON, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>FABFITFUN, INC.,<br><br>                    Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY OR EXTEND DEADLINES PENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>*[PROPOSED] ORDER AND DECLARATION OF KATHLEEN HARTNETT SUBMITTED HEREWITH* |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

1. Considering the executed and filed Settlement Agreement and the approved Motion for Preliminary Approval, the parties, through their counsel of record, STIPULATE TO AND RESPECTFULLY REQUEST that the Court stay or extend the deadlines associated with the case, including Federal Rule of Civil Procedure Rule 26 scheduling and discovery obligations, to dates beyond this Court's decision regarding final approval of the settlement, after the Final Approval Hearing on October 4, 2021.

2. There is currently a scheduling conference on calendar for Monday, May 10, 2021 at 9 a.m., and given that the Court has granted Preliminary Approval of the Class Action Settlement, and that a Final Approval Hearing is scheduled for October 4, 2021, the parties agree that there are no matters presently before the court for scheduling and thus request that the scheduling conference be taken off calendar.

3. This case is a putative class action brought by Cheryl Gaston and Renate Garrison ("Plaintiffs") against FabFitFun, Inc. ("Defendant" or "FabFitFun") concerning a data breach of Defendant's ecommerce website that occurred from April 26, 2020 to May 14, 2020 and May 22, 2020 to August 3, 2020 (the "Data Breach"). Plaintiffs allege, on behalf of themselves and similarly situated FabFitFun customers, that Defendant was negligent in failing to secure their and the putative class' personally identifying information ("PII"), including names, email addresses, account passwords, shipping and billing addresses, payment card account numbers, card expiration dates, and card verification codes. Plaintiffs bring claims against Defendant for (1) negligence, (2) a declaratory judgment, (3) violations of the Colorado Consumer Protection Act, Colo. Rev. Stat. § 6-1-101, *et seq.*; (4) violations of the Colorado Security Breach Notification Act, Colo. Rev. Stat. § 6-1-716, *et seq.*; and (5) violations of the Oregon Unlawful Trade Practices Act, Or. Rev. Stat. § 646.605, *et seq.*, and seek, among other things, injunctive relief and damages.

1  FabFitFun denies all claims and any wrongdoing in relation to the Data Breach.

2      4.    Plaintiff Cheryl Gaston filed the complaint on October 16, 2020 (ECF No. 1).

    5.    On December 24, 2020, Plaintiff Gaston served Defendant, by Federal Express, next business day delivery, with discovery, including: (1) Requests for Production of Documents; (2) Interrogatories; (3) Requests for Admissions; (4) and a notice by Plaintiff Gaston to take Defendant's deposition pursuant to Fed. R. Civ. P. 30(b)(6).

    6.    On December 18, 2020, the parties requested by stipulation a 90-day extension of the class certification deadline, and the Court denied the stipulation on December 21, 2020 (ECF Nos. 16-17).

    7.    On January 8, 2021, the parties requested by stipulation that the Court extend Plaintiff's deadline to file a motion for class certification from January 21, 2021 to March 8, 2021, in light of the need to complete class certification discovery and the fact that the parties scheduled a mediation with JAMS mediator Martin Quinn, Esq. for January 12, 2021 (ECF No. 18). On January 11, 2021, the Court granted the parties' stipulation in part, extending Plaintiff's deadline to file a motion for class certification from January 21, 2021 to February 22, 2021 (ECF No. 19).

    8.    On January 12, 2021, after exchanging mediation briefs and informal discovery, the parties attended an all-day mediation with JAMS mediator Martin Quinn, Esq. On that date, the parties reached a class action settlement in principle, which was memorialized by Mr. Quinn on January 13, 2021.

    9.    On January 20, 2021, Defendant filed a Motion to Compel Arbitration and to Dismiss or Stay the Proceedings, or, Alternatively, to Dismiss Plaintiff's Complaint. ECF No. 21. On January 26, 2021, the parties filed a Stipulation and [Proposed] Order requesting a stay or extension of briefing and hearing deadlines given the settlement the parties reached. ECF No. 24. The Court denied the stipulation on January 27, 2021. ECF No. 26.

10. On January 29, 2021, Plaintiffs filed the First Amended Class Action Complaint ("FAC"). ECF No. 27.

11. On February 12, 2021, Defendant filed a Motion to Compel Arbitration and to Dismiss or Stay the Proceedings or, Alternatively, to Dismiss Plaintiffs' First Amended Complaint ("Motion to Compel Arbitration"). ECF No. 28. Plaintiffs filed their opposition to the motion on February 22, 2021.

12. Plaintiffs filed their Motion for Class Certification on February 22, 2021 (ECF No. 34), Defendant's Opposition is due March 15, 2021, Plaintiffs' reply is due March 22, 2021, and the hearing is scheduled for April 5, 2021.

13. The Court denied Defendant's Motion to Compel Arbitration and Plaintiffs' Motion for Class Certification as moot based on the Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 32) on February 26, 2021. *See* ECF No. 32.

14. The Court approved a Motion for Preliminary Approval of the Settlement on April 2, 2021 and set a Final Approval Hearing for October 4, 2021. *See* ECF No. 39 at ¶ 21.

Dated: May 7, 2021

**COOLEY LLP**
KATHLEEN HARTNETT (314267)
TRAVIS LEBLANC (251097)
CHARLES A. WOOD (310702)
JOSEPH D. MORNIN (307766)

By: */s/ Kathleen Hartnett*
Kathleen Hartnett

Attorneys for Defendant
FabFitFun, Inc.

| | |
|---|---|
| Dated: May 7, 2021 | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>BETSY C. MANIFOLD (182450)<br>RACHELE R. BYRD (190634)<br>MARISA C. LIVESAY (223247)<br>BRITTANY N. DEJONG (258766)<br><br>**CLAYEO C. ARNOLD,<br>A PROFESSIONAL LAW CORP.**<br>M. ANDERSON BERRY (262879)<br>LESLIE GUILLON (222400)<br><br>By: */s/ Rachele Byrd*<br>       Rachele R. Byrd<br><br>Attorneys for Plaintiffs Cheryl Gaston and Renate Garrison |

### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

I, Kathleen Hartnett, attest that concurrence in this document's content and the filing of this document has been obtained from the other signatory. Executed on May 7, 2021, in Oakland, California.

*/s/ Kathleen Hartnett*
KATHLEEN HARTNETT