BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:  619/234-4599

M. ANDERSON BERRY (262879)
aberry@justice4you.com
**CLAYEO C. ARNOLD,
  A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GASTON and RENATE GARRISON, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>FABFITFUN, INC.,<br><br>            Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE:        October 4, 2021<br>TIME:        9:00 a.m.<br>COURTROOM: 850, 8th Floor<br>JUDGE:     Hon. R. Gary Klausner |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 4, 2021, at 9:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable R. Gary Klausner, Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, California, 90012, Courtroom 850, 8th Floor, Plaintiffs will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiffs' Motion for Final Approval of Class Action Settlement.

Plaintiffs base their Motion for Final Approval of Class Action Settlement on: this Notice; the Memorandum of Points and Authorities filed in support thereof; the Joint Declaration of M. Anderson Berry and Rachele R. Byrd In Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; the Joint Declaration of Rachele R. Byrd and M. Anderson Berry In Support of Plaintiffs' Motion for Approval of Attorneys' Fees Award, Expense Reimbursement, and Service Awards to Representative Plaintiffs; the Declaration of Amy Fratkin on Behalf of Angeion Group, LLC Regarding Compliance with the Court Approved Notice Program; all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

DATED: September 3, 2021

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/  Rachele R. Byrd*

RACHELE R. BYRD
BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
MARISA C. LIVESAY (223247)
BRITTANY N. DEJONG (258766)

**CLAYEO C. ARNOLD,
 A PROFESSIONAL LAW CORP.**
M. ANDERSON BERRY (262879)

*Attorneys for Plaintiffs Cheryl Gaston and Renate Garrison*

27636

- 1 -