1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHERYL GASTON and RENATE GARRISON, Individually and on Behalf of All Others Similarly Situated,

      Plaintiffs,

 v.

FABFITFUN, INC.,

      Defendant.

Case No.: 2:20-cv-09534-RGK-E

**DECLARATION OF AMY FRATKIN OF ANGEION GROUP, LLC REGARDING COMPLIANCE WITH THE COURT APPROVED NOTICE PROGRAM**

I, Amy Fratkin, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am a Project Manager at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge. I am over 21 years of age and am not a party to this action.

2.    The purpose of this declaration is to provide the Parties and the Court with a summary of the dissemination of the Class Notice and administration of the instant Settlement.

3.    Angeion was retained by the parties to serve as the Claims Administrator in the above-captioned litigation. Amongst other tasks, Angeion is responsible for: (1) the implementation and dissemination of Class Notice; (2) receiving and processing Claim Forms; (3) receiving and processing any requests for exclusion and/or objections to the Settlement; (4) issuing payments for valid Settlement Claims; and (5) other work required pursuant to the terms of the Settlement Agreement and Release.

**NOTICE PURSUANT TO THE CLASS ACTION FAIRNESS ACT OF 2005**

4.    On March 1, 2021, pursuant to 28 U.S.C. § 1715, Angeion caused Notice of this Settlement and related materials ("CAFA Notice") to be sent to the United States Attorney General, the Attorneys General of all 50 states and the Attorneys General of the Northern Mariana Islands, U.S. Virgin Islands and Puerto Rico. A copy of the CAFA Notice is attached hereto as **Exhibit A**.

**CLASS LIST**

5.    On or about February 25, 2021, Angeion received an electronic list that included 444,160 unique records with names, email addresses and mailing addresses for Settlement Class Members ("Class List"). Angeion has used the list to provide direct notice to Settlement Class Members, as outlined below.

**EMAIL NOTICE**

6.    On April 30, 2021, Angeion caused the Notice of the Settlement to be emailed to the 434,800 Settlement Class Members with valid emails[1] on the Class List. A true and accurate copy of the Notice of Settlement is attached hereto as **Exhibit B.**

7.    Angeion attempted to re-send 10,756 Notices to any email addresses that were initially identified as soft bounce backs.  As a result of this additional email noticing effort, 8,298 emails were delivered, while 2,458 were not delivered (consisting of 575 hard bounces and 1,883 soft bounces).

8.    In total, 432,342 Settlement Class Members received direct notice via email.

**MAILED NOTICE**

9.    On May 20, 2021, Angeion caused postcard notices of the Settlement to be mailed to the 2,458 Settlement Class Members whose email notice was not delivered. Notice was sent via the United States Postal Service ("USPS") first-class mail, postage pre-paid. A true and accurate copy of the postcard notice is attached hereto as **Exhibit C.**

10.    Prior to mailing, Angeion ran each address through the USPS National Change of Address ("NCOA") database, which provides updated address information for individuals or entities who have moved during the previous four years and filed a change of address with the USPS.

11.    As of September 3, 2021, Angeion has received a total of 122 Notices returned by the USPS with a forwarding address. Angeion updated its Settlement Class Member database and re-mailed those Notices to the forwarding addresses provided by the USPS.

12.    As of August 31, 2021, Angeion has received a total of 79 Notices

---

[1] There were 9,360 email addresses for which email or postcard notice was not sent but will be sent shortly.

returned by the USPS without a forwarding address. Angeion performed address verification searches (commonly referred to as 'skip tracing') in an attempt to locate updated addresses. As a result of the skip tracing efforts, notices were re-mailed to 8 updated addresses.  In total, 2,387 Settlement Class Members received direct notice via mail.

13.    On September 2, 2021, Angeion reported that it did not send emails or postcard notices to the 9,360 individuals who it had previously identified as having invalid email addresses.  *See* n.1, *supra*.  Upon learning this fact, Counsel directed Angeion to send out Notices to these 9,360 individuals.

### **RESPONSE MECHANISMS**

14.    On April 27, 2021, Angeion established the following website dedicated to this Settlement:  www.FFFdbSettlement.com.  The Settlement Website contains general information about this Settlement, including relevant Court documents[2] and important dates and deadlines pertinent to the Settlement.  The Settlement Website also has a "Contact Us" page whereby Settlement Class Members can send an email with any additional questions to a dedicated email address.  Likewise, Settlement Class Members were able to file a claim directly on the website up until the filing deadline.  To date, the Settlement Website has had 40,827 unique visitors during 54,725 sessions with a total of 121,669 page views.

15.    On April 26, 2021, Angeion established the following toll-free number to further apprise Settlement Class Members of the rights and options in the Settlement: 833-775-1513.  The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. This hotline is accessible 24 hours a day, 7 days a week.  To date, the toll-free hotline has

---

[2] This includes the First Amended Class Action Complaint, Settlement Agreement and Release, Preliminary Approval Order, and Plaintiffs' Motion for Approval of Attorneys' Fees Award, Expense Reimbursement, and Service Awards to Representative Plaintiffs.

received 228 calls.

## CLAIM FORM SUBMISSIONS

16.     The deadline for Settlement Class Members to submit a Claim Form was July 31, 2021. As of September 3, 2021, Angeion has received 22,928 timely Claim Form submissions and 1 late Claim Form submission. Angeion will continue to receive and process any Claim Forms it receives and keep the Parties apprised on any additional Claim Form submissions received. Of the 22,928 timely Claim Forms received, 21,777 were claims for a Basic Award (Tiers I, II, and II) while 1,151 claims were Tier IV Reimbursement requests.

17.     Angeion is continuing to review and process Claim Form submissions, including evaluating any supporting documentation submitted. Angeion will perform final audits on all Claim Form submissions to determine completeness and eligibility and to identify any duplicative Claim Form submissions.

## EXCLUSIONS AND OBJECTIONS

18.     The deadline for Settlement Class Members to object to the Settlement or request exclusion from the Settlement was June 16, 2021.

19.     As of September 3, 2021, Angeion has not received any objections.

20.     As of September 3, 2021, Angeion has received 5 timely requests for exclusion.

21.     Those 5 requests for exclusion were submitted by Ying Karl Liu, Tracy A. Stadler, Jessica Mighton, Angela Wurster and Selena DiPaolo.

## ADMINISTRATION EXPENSES

22.     Through July 2021, Angeion has incurred $36,002.53 in expenses associated with identifying and notifying Settlement Class Members and administering the Settlement Fund.  At preliminary approval, Angeion estimated that notice and administration costs will total approximately $83,270.  Angeion estimates its future notice and administration costs to be approximately $29,000, with total estimated administrative costs in the amount of $65,000.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: September 3, 2021

_Amy Fratkin_

AMY FRATKIN

# Exhibit A



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

March 1, 2021

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re:**     **Notice of Class Action Settlement**
          *Gaston et al. v. FabFitFun, Inc.*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

>    **Case Name:**  Gaston et al. v. FabFitFun, Inc.
>    **Index Number:** 2:20-cv-09534
>    **Jurisdiction:**  United States District Court, Central District of California
>    **Date Settlement Filed with Court:**  February 19, 2021

In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM:

1.  **28 U.S.C. § 1715(b)(1)-Complaint:**  Class Action Complaint filed with the Court on October 16, 2020, and First Amended Class Action Complaint filed with the Court on January 29, 2021.

2.  **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:**  The following judicial hearings are currently on schedule:  Motion to Compel Arbitration, or, Alternatively, to Dismiss Plaintiffs' First Amended Complaint is scheduled to be heard on March 15, 2021; Unopposed Motion for Preliminary Approval of Class Action Settlement is scheduled to be heard on March 22, 2021; Motion to Certify Class is scheduled to be heard on April 5, 2021.

3.  **28 U.S.C. § 1715(b)(3)-Notification to Class Members:**  The Long Notice, Summary Notice, and Postcard Notice, substantially in the forms attached to the Settlement Agreement and Release as Exhibits B, E, and F, filed with the Court on February 19, 2021.

4.  **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:**  Class Action Settlement Agreement and Release, filed with the Court on February 19, 2021; and Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, filed with the Court on February 19, 2021.

CAFA Notice of Class Action Settlement
*Gaston et al. v. FabFitFun, Inc.*
Page 2 of 2

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:**  Other than the Settlement Agreement, no other settlements or other agreements have been contemporaneously made between the Parties.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:**  The Court has not issued a Final Judgment or notice of dismissal as of the date of this CAFA Notice.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:**  The Settlement Class contains approximately 444,160 Class Members located throughout the United States and internationally. An estimate of the number of class members residing in each U.S. State and Territory is enclosed. The estimated proportional share of the Settlement benefits is not available at this time, as it is contingent on the Class Member submission of a claim form.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:**  The Court has not issued a judicial opinion related to the Settlement at this time.

Note that the settlement class for this matter includes and may exceed the group that was notified of the corresponding data security incident as required by applicable state data breach notification laws.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
(p) 215-563-4116
(f) 215-563-8839

**Enclosures**

# Exhibit B

**To:**   **All individuals identified by FabFitFun and to whom FabFitFun sent notice that their information may have been exposed in the Security Incident defined below (the "Settlement Class Members").**

A proposed Settlement has been reached in a class action lawsuit titled, *Gaston, et al. v. FabFitFun, Inc*., No. 2:20-cv-09534-RGK-E (C.D. Cal.).  The lawsuit asserted claims against Defendant FabFitFun, Inc. related to a security incident that may have affected new customer sign ups from April 26, 2020 to May 14, 2020 and May 22, 2020 to August 3, 2020 and about which FabFitFun notified consumers in September 2020 (the "Security Incident"). Defendant denies all of the claims and denies that it did anything wrong.

The Settlement offers payments to Settlement Class Members who were sent notice that they were potentially affected by the Security Incident.  The amount paid will depend upon how many people submit valid claims and whether:

(1)   the Settlement Class Member potentially had their payment card, login and password information exposed in the Security Incident (preliminarily set at **$55.00** per Settlement Class Member in this category and subject to adjustment based on the number of claims made);

(2)   the Settlement Class Member potentially had their login and account password, but not payment information, exposed in the Security Incident (preliminarily set at **$25.00** per Settlement Class Member and subject to adjustment based on the number of claims made); or

(3)   none of the above (preliminarily set at **$12.00** per Settlement Class Member and subject to adjustment based on the number of claims made); or

(4)   if you experienced unauthorized charges that were not denied, reversed or otherwise credited or reimbursed and which you believe in good faith were more likely than not caused by the Security Incident, you may instead file a claim for a Reimbursement Award as explained below.

If you are a Settlement Class Member, your options are:

| SUBMIT A CLAIM FORM DEADLINE: JULY 31, 2021 | You must submit a valid claim form to receive a payment from this Settlement. |
|---|---|

1

| DO NOTHING | You will receive no payment and will no longer be able to sue Defendant over the claims resolved in the Settlement. |
| --- | --- |
| EXCLUDE YOURSELF DEADLINE: JUNE 16, 2021 | You may exclude yourself from this Settlement and keep your right to sue separately. If you exclude yourself, you receive no payment. Exclusion instructions are provided in this notice. |
| OBJECT DEADLINE: JUNE 16, 2021 | If you do not exclude yourself, you may write to the Court to comment on or detail why you do not like the Settlement by following the instructions in this notice. The Court may reject your objection. You must still file a claim if you desire any monetary relief under the Settlement. |

The court must give final approval to the settlement before it takes effect, but has not yet done so. No payments will be made until after the court gives final approval and any appeals are resolved.

**Please review this notice carefully.** You can learn more about the Settlement by visiting **www.FFFdbSettlement.com.com** or by calling **(833) 775-1513**.

## Further Information about this Notice and the Lawsuit

*1.    Why was this Notice issued?*

You received this notice because you may be a Settlement Class Member able to receive payment from a proposed settlement of the class action lawsuit *Gaston, et al. v. FabFitFun, Inc.*, United States District Court, Central District of California, Case No. 2:20-cv-09534-RGK-E (the "Lawsuit"). The Court overseeing the Lawsuit authorized this Notice to advise Settlement Class Members about the proposed Settlement that will affect their legal rights. The Notice explains certain legal rights and options you have in connection with that settlement.

*2.    What is the Lawsuit about?*

The Lawsuit is a proposed class action lawsuit brought on behalf of FabFitFun customers whose Personal Information may have been accessed and/or compromised by unauthorized individuals as part of the Security Incident. The Security Incident involved the potential exposure of payment card data of customers who used a credit or debit card to purchase a membership on the FabFitFun website, as well as FabFitFun website credentials for those and other users. The potentially-exposed information may include customers' names, FabFitFun username and

2

password, payment card numbers, CVV security codes, and credit card expiration dates.

The Lawsuit claims Defendant is legally responsible for the Security Incident and asserts various legal claims, including negligence, declaratory relief, and violations of the Colorado Consumer Protection Act. Defendant denies these claims and denies that it did anything wrong.

*3.    Why is the Lawsuit a class action?*

In a class action, one or more representative plaintiffs bring a lawsuit on behalf of others who have similar claims. Together, all of these people are the "class" and each individually is a "class member." There are two Representative Plaintiffs in this case: Cheryl Gaston and Renate Garrison. The class in this case is referred to in this Notice as the "Settlement Class."

*4.    Why is there a Settlement?*

The Representative Plaintiffs in the Lawsuit, through their attorneys, investigated the facts and law relating to the issues in the Lawsuit. The Representative Plaintiffs and Class Counsel believe that the settlement is fair, reasonable, and adequate and will provide substantial benefits to the Class. The Court has not decided whether the Representative Plaintiffs' claims or Defendant's defenses have any merit, and it will not do so if the proposed settlement is approved. By agreeing to settle, both sides avoid the cost and risk of a trial, and people who submit valid claims will receive compensation. The settlement does not mean that Defendant did anything wrong, or that the Representative Plaintiffs and the Class would or would not win their case if it were to go to trial.

## Terms of the Proposed Settlement

*5.    Who is in the Settlement Class?*

The Settlement Class is defined by the Court as all individuals identified by FabFitFun and to whom FabFitFun sent notice that their information may have been exposed in the Security Incident.

*6.    What are the terms of the Settlement?*

The proposed Settlement would create a Settlement Fund of $625,000.00 that would be used to pay all costs of the settlement, including: (i) payments to Settlement Class Members who submit valid claims; (ii) costs of Claims Administration ($80,000); (iii) any payments made to the Claims Referee to resolve any disputed claims; (iv)

any attorneys' fees and costs awarded by the Court to Class Counsel ($156,250 plus costs of approximately $10,000); and (v) any service awards to the Representative Plaintiffs awarded by the Court ($10,000 total). The Settlement also releases all claims or potential claims of Settlement Class Members against Defendant arising from or related to the Security Incident, as detailed in the Settlement Agreement.

*7.    What claims are Settlement Class Members giving up under the Settlement?*

Settlement Class Members who do not validly exclude themselves from the Settlement will be bound by the Settlement Agreement and any final judgment entered by the Court, and will give up their right to sue Defendant for the claims being resolved by the Settlement, including all claims or potential claims of Settlement Class Members against Defendant arising from or related to the Security Incident. The claims that Settlement Class Members are releasing are described in Section 1.27 of the Settlement Agreement and the persons and entities being released from those claims are described in Section 1.28 of the Settlement Agreement. Section VIII of the Settlement Agreement explains when such releases will occur.

## Payments to Settlement Class Members

*8.    What kind of payments can Settlement Class Members receive?*

Settlement Class Members who submit valid claims and all required documentation may receive one of two types of payments to be paid from the Settlement Fund: (1) a Basic Award; or (2) a Reimbursement Award. Settlement Class Members may receive <u>only</u> one Award. Depending on how many valid claims are submitted, the amount of each Award may be adjusted upward or downward proportionally among Settlement Class Members submitting valid claims, as explained further below in Question 11. Only one Settlement Claim may be submitted per Settlement Class Member.

*9.    What is a Basic Award?*

Every Settlement Class Member is eligible to receive a Basic Award of up to $12, $25, or $55, regardless of whether he or she experienced any unauthorized charges on a payment method used to purchase a membership from FabFitFun. Settlement Class Members seeking a Basic Award must provide the information required on the Claim Form. The maximum amount paid as a Basic Award ($12, $25, or $55) will depend on what information may have been exposed for a particular Settlement Class Member, based on FabFitFun's records and determination by the Settlement Administrator, and is subject to upward or downward adjustment as described below in Question 11.

4

There are three tiers for the Basic Award:

(a) Tier 1:  Settlement Class Members who potentially had their payment card, login and password information exposed in the Security Incident will receive $55.00, subject to upward or downward adjustment depending upon how many Settlement Class Members file claims;

(b) Tier 2:  Settlement Class Members who potentially had their login and account password, but not payment information, exposed in the Security Incident will receive $25.00, subject to upward or downward adjustment depending upon how many Settlement Class Members file claims; and

(c) Tier 3:  Settlement Class Members who neither had their login and account password or their payment information exposed in the Security Incident but to whom Defendant sent a notice will receive $12.00, subject to upward or downward adjustment depending upon how many Settlement Class Members file claims.

Eligibility for any award, including the maximum amount for a Basic Award, is within the discretion of the Settlement Administrator as outlined in Paragraph 16.

## 10.   What is a Reimbursement Award?

Settlement Class Members who, at any time from April 26, 2020, through January 30, 2021, experienced unauthorized charges on their payment card that were not denied, reversed or otherwise credited or reimbursed, which charges the Settlement Class Member believes in good faith were more likely than not caused by the Security Incident, are eligible to receive a Reimbursement Award of up to $5,000 as reimbursement for: (i) those unreimbursed, unauthorized charges, (ii) up to three hours of lost time spent dealing with the unreimbursed, unauthorized charges or the Security Incident, at a rate of $20 per hour, and (iii) the following types of out of pocket expenses related to the Security Incident:

- unreimbursed payment card fees or unreimbursed bank fees incurred as a result of the Security Incident, including card reissuance fees, overdraft fees, charges related to unavailability of funds, late fees, over-limit fees and unreimbursed fees relating to an account being frozen or otherwise unavailable due to the Security Incident;

- cell, internet or text charges incurred as a result of the Security Incident;

- unreimbursed costs or charges for obtaining credit reports, credit freezes, or credit monitoring or identity theft protection services (up to two years of coverage) incurred as a result of the Security Incident; and

- postage costs incurred as a result of the Security Incident.

No other types of expenses will be reimbursed, and you cannot recover for emotional distress. Claimants must exhaust all available credit monitoring insurance and identity theft insurance before seeking a Reimbursement Award. Settlement Class Members seeking a Reimbursement Award must provide the information and documents required on the Claim Form. The amount paid as a Reimbursement Award is subject to upward or downward adjustment as described below in Question 11.

*11. When and how will the amount of Settlement Payments be adjusted?*

The amounts paid for all Basic Awards and Reimbursement Awards will be adjusted upward or downward from the amounts listed in Questions 9-10 above depending on how many Settlement Class Members submit valid claims.

If the total dollar value of all valid claims is less than the amount of money available in the Settlement Fund for payment of Settlement Class Member claims at the amounts listed above in response to Questions 9-10, the amount of payment for Basic Awards and Reimbursement Awards will be adjusted upward proportionally among all valid claims, up to a maximum of twice the dollar amounts listed in Questions 9-10 (e.g., certain Basic Awards may be adjusted up to $110).

If the total dollar value of all valid claims is more than the amount of money available in the Settlement Fund for payment of Settlement Class Member claims at the amounts listed above in response to Questions 9-10, the amount of payment for Basic Awards and Reimbursement Awards will be adjusted downward proportionally among all valid claims.

12. *What happens after all claims are processed and there are funds remaining?*

If there are any funds remaining after all valid claims are processed and the time to cash any payment checks has passed, those funds shall be distributed as directed by the Court, including potential distribution to a charitable organization. No remaining funds will be returned to Defendant.

## **Your Options as a Settlement Class Member**

13. *If I am a Settlement Class Member, what options do I have?*

6

If you are a Settlement Class Member, you do not have to do anything to remain in the Settlement. **However, if you wish to seek a Settlement Award, you must complete and submit a Claim Form postmarked or submitted online by Saturday, July 31, 2021**. You may submit a Claim Form online at **www.FFFdbSettlement.com**.

If you do not want to give up your right to sue Defendant about the Security Incident or the issues raised in this case, you must exclude yourself (or "opt out") from the Settlement Class. See Question 17 below for instructions on how to exclude yourself.

If you object to the settlement, you must remain a Settlement Class Member (*i.e.*, you may not also exclude yourself from the Settlement Class by opting out) and file a written objection in this case only with the Court at the address in Question 20 below. If you object, you must still submit a claim if you want any monetary relief.

*14.    What happens if I do nothing?*

If you do nothing, you will get no Settlement Award from this Settlement. Unless you exclude yourself, after the Settlement is granted final approval and the judgment becomes final, you will be bound by the judgment and you will never be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendant related to the claims released by the Settlement.

*15.    How do I submit a claim?*

You may complete the Claim Form online at **www.FFFdbSettlement.com.** You may also obtain a paper Claim Form by downloading it at **www.FFFdbSettlement.com** or by calling the claims administrator at **(833) 775-1513**. If you choose to complete a paper Claim Form you may either submit the completed and signed Claim Form and any supporting materials electronically at **www.FFFdbSettlement.com** or mail them to: **Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.**

*16.    Who decides my Settlement claim and how do they do it?*

The Claims Administrator will initially decide whether a Claim Form is complete and valid and includes all required documentation. The Claims Administrator may require additional information from any claimant. Failure to timely provide all required information will invalidate a claim and it will not be paid. If a Claim Form is complete but the Claims Administrator denies or partially denies the claim, the claimant will have an opportunity to have their claim reviewed by an impartial Claim Referee who has been appointed by the Court.

*17.    How do I exclude myself from the Settlement?*

You must make a signed written request that (i) says you wish to exclude yourself from the Settlement Class in this Lawsuit, and (ii) includes your name, address and phone number.  You must mail your request to this address:

**ATTN: EXCLUSIONS**, **Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103**

Your request must be postmarked by **Wednesday, June 16, 2021.**

*18.    If I exclude myself, can I receive any payment from this Settlement?*

No.  If you exclude yourself, you will not be entitled to any Award.  However, you will also not be bound by any judgment in this Lawsuit.

*19.    If I do not exclude myself, can I sue Defendant for the Security Incident later?*

No.  Unless you exclude yourself, you give up any right to sue Defendant for the claims that this Settlement resolves.  You must exclude yourself from the Settlement Class to start your own lawsuit or to be part of any different lawsuit relating to the claims in this case.  If you exclude yourself, do not submit a Claim Form requesting a payment.

*20.    How do I object to the settlement?*

All Settlement Class Members who do not request exclusion from the Settlement Class have the right to object to the settlement or any part of it.  You can ask the Court to deny approval by filing an objection.  You can't ask the Court to order a different settlement; the Court can only approve or reject the Settlement.  If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.  If that is what you want to happen, you must object.

Any objection to the proposed Settlement must be in writing and it and any supporting papers must be submitted to the Court by mailing it to the Clerk of Court, United States District Court for the Central District of California, Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, or by filing it in person at any location of the United States District Court for the Central District of California.  Objections must be filed or postmarked no later than **Wednesday, June 16, 2021**.

To be considered by the Court, your objection must list the name of this Lawsuit, *Gaston v. FabFitFun, Inc*, and the case number, Case No.  2:20-cv-09534-RGK-E, and include all of the following information:  (i) your name, address, phone number, and an email address (if you have one); (ii) a statement that you are a member of the

Settlement Class and any proof of your membership (*e.g.*, proof of purchase of a new subscription from FabFitFun's website during the time period of April 26, 2020 to May 14, 2020 or May 22, 2020 to August 3, 2020, or a copy of a notice of the Security Incident sent to your physical or email address); (iii) whether your objection applies only to yourself, to a specific subset of the Settlement Class, or to the entire class; (iv) a detailed statement of the specific legal and factual bases for all of your objections, along with any applicable legal support; (v) the identity of any lawyer representing you; (vi) whether you intend to appear at the final settlement approval hearing and the identity of any lawyer(s) who will attend that hearing with you or on your behalf; (vii) a list of anyone you plan to have testify at the Final Approval Hearing in support of your objections; and (viii) your signature and the signature of your attorney or other authorized representative.

If you file a timely written objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney.

## Court Approval of the Settlement

*21.    How, when and where will the Court decide whether to approve the Settlement?*

The Court will hold a Final Settlement Approval Hearing to decide whether to approve the Settlement.  That hearing is scheduled for **October 4, 2021 at 9 a.m.** at the United States District Court, Central District of California, Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850, 8th Floor.  Please visit the Court's website at https://www.cacd.uscourts.gov for current information regarding courthouse access, court hearings, and filing information.  At the Final Settlement Approval Hearing, the Court will consider whether the settlement is fair, reasonable, and adequate.  If there are timely objections, the Court will consider them and will listen to people who have properly requested to speak at the hearing.  The Court may also consider Class Counsel's request for attorneys' fees and costs, and the request for service awards for the Representative Plaintiffs.  After the hearing, the Court will decide whether to approve the Settlement.

It is possible the Court could reschedule the hearing to a different date or time without notice, so it is a good idea before the hearing to check www. FFFdbSettlement.com or access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://www.cacd.uscourts.gov/ to confirm the schedule if you wish to attend.

*22.    Do I have to attend the hearing?*

No.  You do not need to attend the hearing unless you object to the settlement and wish to appear in person.  It is not necessary to appear in person in order to make an objection; the Court will consider any written objections properly submitted according to the instructions in Question 20.  You or your own lawyer are welcome to attend the hearing at your expense, but are not required to do so.

*23.    What happens if the Court approves the Settlement?*

If the Court approves the Settlement and no appeal is taken, the Settlement Fund will be funded.  The Claims Administrator will pay any Attorney Fees' and Costs Award and any Representative Plaintiffs' Awards from the Settlement Fund.  Then, within the later of 90 days after the Effective Date or 30 days after all disputed claims have been resolved, the Claims Administrator will send Settlement Payments to Settlement Class Members who submitted timely and valid Settlement Claims.  No distributions will be made without authorization from the parties.

If any appeal is taken, it is possible the Settlement could be disapproved on appeal.

*24.    What happens if the Court does not approve the Settlement?*

If the Court does not approve the Settlement, no Settlement Fund will be created, there will be no Settlement Payments to Settlement Class Members, Class Counsel or the Representative Plaintiffs, and the case will proceed as if no Settlement had been attempted.

## **Lawyers for the Settlement Class and Defendant**

*25.    Who represents the Settlement Class?*

The Court has appointed the following Class Counsel to represent the Settlement Class and Settlement Class Members in this Lawsuit:

| | |
|---|---|
| Rachele R. Byrd<br>Wolf Haldenstein Adler<br> Freeman & Herz LLP<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>619-239-4599 | M. Anderson Berry<br>Clayeo C. Arnold, A Professional Law Corporation<br>865 Howe Avenue<br>Sacramento, CA 95825<br>916-777-7777 |

Settlement Class Members will not be charged for the services of Class Counsel; Class Counsel will be paid out of the Settlement Fund, subject to Court approval. However, you may hire your own attorney at your own cost to advise you in this

matter or represent you in making an objection or appearing at the final settlement approval hearing.

26.    *How will the lawyers for the Settlement Class be paid?*

Class Counsel will request the Court's approval of an award for attorneys' fees up to 25% of the Settlement Fund (or up to $156,250), plus reasonable costs and expenses (approximately $10,000), which shall be paid from the Settlement Fund. Class Counsel will also request approval of service awards of $5,000 to each of the Representative Plaintiffs, which shall also be paid from the Settlement Fund.

27.    *Who represents Defendant in the Lawsuit?*

Defendant is represented by the following lawyers:

| | |
|---|---|
| Kathleen R. Hartnett<br>Joseph D. Mornin<br>(415) 693-2000<br>Cooley LLP<br>101 California St., 5th Floor<br>San Francisco, CA 94111 | Travis LeBlanc<br>Charles A. Wood<br>(202) 842-7800<br>Cooley LLP<br>1299 Pennsylvania Ave. NW<br>Suite 700<br>Washington, DC 20004 |

## **For Further Information**

28.    *What if I want further information or have questions?*

This notice summarizes the proposed Settlement. For the precise terms and conditions of the Settlement, please see the Settlement Agreement available at **www.FFFdbSettlement.com**, by contacting Class Counsel at the phone numbers provided in response to Question 25 above, by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://www.ecf.cacd.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Central District of California, Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012 between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

Angeion Group, LLC will act as the Claims Administrator for the Settlement. You can contact the Claims Administrator at:

**Info@FFFdbSettlement.com or (833) 775-1513 or at Settlement Administrator
1650 Arch Street, Suite 2210, Philadelphia, PA 19103**

# Exhibit C

*Gaston, et al. v.*
*FabFitFun*
Settlement
Administrator
1650 Arch St.,
Suite    2210,
Philadelphia,
PA 19103

### Legal Notice of
### Class Action Settlement

**Why am I getting this Notice?** You may be a class member
in a proposed class action settlement if FabFitFun previously
notified you that your information may have been exposed in
a security incident that affected its website. **Notice ID**

**Confirmation Code**

[Class member]

_____

_____

**For more information on the settlement, see
the reverse of this card or go to
www.FFFdbSettlement.com**

### Class Action Settlement in *Gaston, et al. v. FabFitFun, Inc.*

**YOU MAY BE A CLASS MEMBER IN A PROPOSED CLASS ACTION SETTLEMENT IF
FABFITUN PREVIOUSLY NOTIFIED YOU THAT YOUR INFORMATION MAY HAVE BEEN
EXPOSED IN A SECURITY INCIDENT THAT AFFECTED ITS WEBSITE**

A proposed settlement has been given preliminary approval in a class action lawsuit against FabFitFun, Inc. ("FabFitFun") related to a security incident that may have affected new customer signups from April 26, 2020 to May 14, 2020 and May 22, 2020 to August 3, 2020, and was previously disclosed to consumers by FabFitFun in September of 2020.  (*Gaston, et al. v. FabFitFun, Inc.,* United States District Court, Central District of California, Case No. 2:20-cv-09534-RGK-E.) FabFitFun denies all of the claims and denies that it did anything wrong.

**The sole purpose of this notice is to inform you of the lawsuit and the settlement so that you may decide what steps to take in relation to it.**

The Settlement provides for the payment to Settlement Class Members of either a Basic Award or a Reimbursement Award.  There are three Basic Award tiers, and the amount paid as a Basic Award will depend upon, among other things, how many people submit valid claims.  If you experienced unauthorized charges that were not denied, reversed or otherwise credited or reimbursed and which you believe in good faith were more likely than not caused by the Security Incident, you may instead file a claim for a Reimbursement Award.

More information regarding the settlement, including information on the three Basic Award tiers and the Reimbursement Award, your rights under the settlement, instructions on how to be excluded from the settlement or object to the settlement, and a form to fill out to obtain settlement benefits, please visit **www.FFFdbSettlement.com**, where you will find a more detailed notice.

**Please visit www.FFFdbSettlement.com to obtain important information regarding the settlement and your rights.**

**There are deadlines associated with the choices you may make regarding the settlement.  The last day to exclude yourself from the settlement or to object to the settlement is June 16, 2021.**