COOLEY LLP
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111
Telephone:   (415) 693 2000
Facsimile:   (415) 693 2222

TRAVIS LEBLANC (194463)
(tleblanc@cooley.com)
CHARLES A. WOOD (310702)
(cwood@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:   (202) 842 7800
Facsimile:   (202) 842 7899

Attorneys for Defendant
FabFitFun, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GASTON and RENATE GARRISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FABFITFUN, INC.,<br><br>Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>**DEFENDANT FABFITFUN, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><br>Judge:  Honorable R. Gary Klausner |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT FABFITFUN'S STATEMENT OF
NON-OPPOSITION TO MOTION FOR FINAL APPROVAL
CASE NO. 5:20-CV-02155-LHK

1  Defendant FABFITFUN, INC. ("FabFitFun") files this Notice of Non-Opposition in connection with the Motion for Final Approval of Class Action Settlement filed by Plaintiffs Cheryl Gaston and Renate Garrison.

FabFitFun takes no position for or against this motion and thus files this statement of non-opposition.

Dated: September 13, 2021

COOLEY LLP
KATHLEEN HARTNETT (314267)
TRAVIS LEBLANC (194463)
CHARLES A. WOOD (310702)
JOE MORNIN (307766)

By: */s/ Travis LeBlanc*
    Travis LeBlanc

Attorneys for Defendant
FABFITFUN, INC.

256705346