BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:  619/234-4599

M. ANDERSON BERRY (262879)
aberry@justice4you.com
**CLAYEO C. ARNOLD,**
  **A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL GASTON and RENATE GARRISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FABFITFUN, INC.,<br><br>Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>**REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR APPROVAL OF ATTORNEYS' FEES AWARD, EXPENSE REIMBURSEMENT, AND SERVICE AWARDS TO REPRESENTATIVE PLAINTIFFS**<br><br>DATE:         October 4, 2021<br>TIME:          9:00 a.m.<br>COURTROOM: 850, 8th Floor<br>JUDGE:        Hon. R. Gary Klausner |

On May 12, 2021, Plaintiffs filed a Motion for Approval of Attorneys' Fees Award, Expense Reimbursement, and Service Awards to Representative Plaintiffs ("Motion for Attorneys' Fees") (ECF No. 42), and on September 3, 2021, Plaintiffs filed a Motion for Final Approval of Class Action Settlement ("Final Approval Motion") (ECF No. 45). Oppositions to both motions were due on September 13, 2021. Civ. L.R. 7-9. Defendant filed a Statement of Non-Opposition to Plaintiffs' Final Approval Motion on September 13, 2021. ECF No. 46. No oppositions have been filed.

The absence of opposition is not surprising. As of the filing of the Final Approval Motion, in response to 432,342 direct Summary Notice emails, 2,387 direct Summary Notice postcards, a website, and a toll-free number, no one objected to the settlement and only 5 individuals opted out.

**Supplemental Notice Program**

As Plaintiffs indicated in their Final Approval Motion (*see* ECF No. 45-1 at 7 n.5), on September 2, 2021, Angeion discovered that it did not send either email notice or U.S. mail notice to 9,360 Settlement Class members, or approximately 2% of the Settlement Class, who it had identified as having invalid email addresses. *See* Declaration of Lacey Racines Re: Supplemental Notice Plan ("Racines Decl.") at 1, ¶ 4. The parties have agreed to re-open the claims, opt-out and objection period for this 2% of the Settlement Class.

On September 20, 2021, Angeion will cause the email notice to be sent to these 9,360 Settlement Class Members, and on September 22, 2021, Angeion will cause the postcard notice to be mailed via first class U.S. mail, postage pre-paid, to those Settlement Class Members whose email notice cannot be delivered. *Id*. at 1-2, ¶¶ 5-6. The email and postcard notices being sent to the Settlement Class beginning on September 20, 2021, are identical to the prior court-approved notices except that:

(1) The opt-out, objection and claiming deadlines have been extended to allow these 9,360 Settlement Class Members the same amount of time as the rest

of the Settlement Class to opt-out, object and file a claim. Specifically, the new deadline for these individuals to submit a claim is December 21, 2021, and the new deadline for these individuals to opt out of or object to the settlement is November 6, 2021. *See id.*, Exs. A & B.

(2) The parties added the following sentence to the notices: "This is a supplemental notice. The original notice documents available on the settlement website at www.FFFdbSettlement.com contain deadlines that are no longer applicable to those receiving this supplemental notice." *Id.*

Furthermore, Angeion will cause the settlement website to be updated to allow only these 9,360 Settlement Class Members to file claims through the website, using unique Notice IDs and Confirmation Codes provided on the notices. *See id.* at 2, ¶ 7, Exs. A & B.

Once the new opt-out, objection and claiming deadlines have passed, Plaintiffs will report updated metrics to the Court.

\* \* \*

For all of the foregoing reasons and for the reason given in Plaintiffs' Final Approval Motion and Motion for Attorneys' Fees, Plaintiffs respectfully request that the Court finally approve the settlement and grant their motions.

DATED: September 20, 2021          **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Rachele R. Byrd*
   RACHELE R. BYRD

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
MARISA C. LIVESAY (223247)
BRITTANY N. DEJONG (258766)

**CLAYEO C. ARNOLD,
 A PROFESSIONAL LAW CORP.**
M. ANDERSON BERRY (262879)

*Attorneys for Plaintiffs Cheryl Gaston and Renate Garrison*

27701