UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-09534-RGK-E | Date | September 29, 2021 |
|---|---|---|---|
| Title | *Cheryl Gaston v. FabFitFun, Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** **(IN CHAMBERS) Order Continuing Motion for Settlement Approval of Class Action and Motion for Approval of Attorneys' Fees Award, etc. (DE 45 and DE 42)**

In their Motion for Settlement Approval of Class Action, Plaintiffs state that on September 2, 2021, the Claims Administrator reported that 9,360 settlement class members had inadvertently failed to receive notice regarding the class settlement. According to Plaintiffs, notice to these individuals was scheduled to be emailed on September 20, 2021, and for those who failed to receive email notice, postcard notices would be sent via first-class U.S. mail on September 22, 2021.

In light of these facts, the Court hereby continues the Final Approval Hearing and Motion for Approval of Attorneys' Fees Award, etc. to **December 6, 2021 at 9:00 a.m.** Plaintiffs are further ordered to file a Supplemental Briefing no later than **November 22, 2021** providing an updated to their Motion for Settlement Approval.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | jre |