BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

M. ANDERSON BERRY (262879)
aberry@justice4you.com
**CLAYEO C. ARNOLD,**
  **A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GASTON and RENATE GARRISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FABFITFUN, INC.,<br><br>Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>**SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR APPROVAL OF ATTORNEYS' FEES AWARD, EXPENSE REIMBURSEMENT, AND SERVICE AWARDS TO REPRESENTATIVE PLAINTIFFS**<br><br>DATE: December 6, 2021<br>TIME: 9:00 a.m.<br>COURTROOM: 850, 8th Floor<br>JUDGE: Hon. R. Gary Klausner |

Pursuant to the Court's Order Continuing Motion for Settlement Approval of Class Action and Motion for Final Approval of Attorneys' Fees Award, etc., ECF No. 48, Plaintiffs hereby submit this supplemental brief to update the Court regarding the supplement notice program.

**Supplemental Direct Notice Program**

On September 20, 2021, Plaintiffs filed a Reply in Further Support of Plaintiffs' Motion for Final Approval, etc., ECF No. 47, notifying the Court that the Claims Administrator inadvertently failed to send notice to 9,360 class members when providing notice to the Class. On September 20, 2021, the Claims Administrator caused the E-Mail Notice to be sent to the 9,360 Settlement Class Members that were inadvertently omitted from the initial email campaign ("Supplemental Notice Class Members"). *See* Declaration of Lacey Rose Re: Supplemental Notice and Administration at ¶ 5, filed concurrently herewith. Of the 9,360 E-Mail Notices sent, 8,080 bounced back after more than one attempt and could not be delivered. *Id*., ¶ 6.

On September 23, 2021, the Claims Administrator caused the Postcard Notice to be mailed via first class U.S. mail, postage pre-paid, to the 9,360 Supplemental Notice Class Members ("Supplemental Mailing List"). *Id*. at ¶ 7. Prior to mailing, the Supplemental Mailing List was processed through the USPS National Change of Address database. *Id*. at ¶ 8. Postcard Notices returned as undeliverable with a forwarding address were re-mailed to that forwarding address. *Id*. at ¶ 9. Notices returned without a forwarding address were subjected to an address verification search ("skip trace") in an attempt to locate an updated address; as a result, of the 2,005 Postcard Notices returned as undeliverable, 56 were re-mailed to updated addresses. *Id*.

In addition to the procedures described above, and to ensure a robust response from the Supplemental Notice Class Members, on September 20, 2021, the Claims Administrator updated the settlement website, www.FFFdbsettlement.com, adding information regarding options and deadlines and allowing for the Supplemental

Notice Class Members to file a claim directly on the website. *Id*. at ¶ 10. At the same time, the Claims Administrator updated the toll-free number, 1-833-775-1513, for Supplemental Notice Class Members. *Id*. at ¶ 11.

### Response to the Supplemental Direct Notice Program

The deadline for the Supplemental Notice Class Members to submit a Claim Form is December 21, 2021. *Id*. at ¶ 12. As of November 22, 2021, the Claims Administrator has received 241 Claim Form submissions in addition to the 22,929 submitted during the initial claim filing period. *Id*. These Claim Forms are subject to final audits, including the full assessment of each claim's validity and a review for duplicate submissions. *Id*.

The deadline for the Supplemental Notice Class Members to submit a request for exclusion from, or to object to, the Settlement was November 6, 2021. *Id*. at ¶¶ 13-14. As of November 22, 2021, the Claims Administrator has not been made aware of any written objections and has received no additional requests for exclusion in addition to the five (5) submitted during the initial filing period. *Id*.

### Cost of Claims Administration

As of October 31, 2021, the Claims Administrator has incurred $36,788.23 in costs associated with notice administration and estimates that it will incur approximately $41,622.22 in additional costs to administer the Settlement through conclusion. *Id*. at ¶ 15. The Claims Administrator will not charge for any work associated with providing the supplemental notice to the Supplemental Notice Class Members described above. *Id*.

\* \* \*

For all of the foregoing reasons and for the reasons given in Plaintiffs' Final Approval Motion and Motion for Attorneys' Fees, Plaintiffs respectfully request that the Court finally approve the settlement and grant their motions.

DATED:  November 22, 2021           **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Rachele R. Byrd*
    RACHELE R. BYRD

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)

**CLAYEO C. ARNOLD,**
 **A PROFESSIONAL LAW CORP.**
M. ANDERSON BERRY (262879)

*Attorneys for Plaintiffs Cheryl Gaston and Renate Garrison and the Class*

811948

- 3 -