# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-09534-RGK-E | Date | December 6, 2021 |
|---|---|---|---|
| Title | *Cheryl Gaston v. FabFitFun, Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Jennifer Graciano | Sheri Kleeger | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: | |
| Rachel Byrd | Travis LeBlanc | |
| Michael Berry | | |

**Proceedings:** **MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (ECF No. 45) and MOTION FOR APPROVAL OF ATTORNEYS FEES AWARD (ECF No. 42) (HELD AND COMPLETED)**

Case called. Appearances made. The Court and counsel confer. The Court grants the Motion for Final Approval of Class Action Settlement (ECF No. 45) and takes the Motion for Approval of Attorneys Fees Award.. (ECF No. 42) under submission.

**IT IS SO ORDERED.**

0:01
jgr