CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GASTON and RENATE GARRISON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FABFITFUN, INC.,<br><br>Defendant. | Case No. 2:20-cv-09534-RGK-E<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATION DESIGNATING *CY PRES* RECIPIENT<br><br>[54] |

Having considered the Parties' Stipulation and [Proposed] Order Designating *Cy Pres* Recipient and finding good cause for the relief sought,

IT IS HEREBY ORDERED that, considering the subject matter of this litigation and EPIC's mission, the Parties' request that Court approve payment of the $16,294.67 remaining in the Qualified Settlement Fund to EPIC as a *cy pres* recipient is GRANTED.

IT IS SO ORDERED.

DATED: _7/18/2023_____, 2023

The Honorable R. Gary Klausner
United States District Court Judge